948

No. 725, Misc. KEMP *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Marco Loffredo* for petitioner.

No. 726, Misc. CARPENTER *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 728, Misc. BOHANON *v.* NEW YORK CENTRAL RAILROAD Co. C. A. 7th Cir. Certiorari denied.

No. 768, Misc. LEVAR *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Harold R. Scoville* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, *William E. Eubank,* Chief Assistant Attorney General, and *Gary K. Nelson,* Assistant Attorney General, for respondent.

No. 812, Misc. McNALLY ET AL. *v.* CONNECTICUT. Sup. Ct. Err. Conn. Certiorari denied. *Harry H. Hefferan, Jr.,* and *Irwin Friedman* for petitioners. *John F. McGowan* for respondent.

No. 310, Misc. BARNARD *v.* UNITED STATES;
No. 345, Misc. LASSITER *v.* UNITED STATES; and
No. 346, Misc. KNIPPEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *Peter A. Schwabe, Jr.,* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. Reported below: 342 F. 2d 309.

No. 739, Misc. ROBINSON *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.